```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                                Plaintiff,              20-CV-1945 (PAE)(SN)

                -against-                               ORDER

MICHAEL KAGAN, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On June 4, 2020, the Hon. Paul A. Engelmayer denied Plaintiff's motion for default judgment and referred this matter to me for general pretrial supervision, including resolution of Defendant Michael Kagan's request for an extension of time to answer or otherwise respond to the complaint. ECF No. 26. Defendant Michael Kagan's request for an extension of time is GRANTED and Kagan shall answer or otherwise respond to the complaint by July 2, 2020.

Further, an Initial Pretrial Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is scheduled for Thursday, July 09, 2020, at 11:00 a.m. and will take place by telephone. At the scheduled time, the parties shall dial (877) 402-9757 and enter access code 7938632 #.

**Rule 16(a) Conference.** The parties will be required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure. In particular, the parties should be prepared to discuss what discovery is necessary for the claims and defenses in this case.

**Rule 26(f) Conference.** Defendants and counsel for plaintiff are directed to confer at least 21 days before the date of the Initial Pretrial Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

**Proposed Scheduling Order**. The parties are directed to complete the Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/node/754, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov one week before the scheduled conference. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute one week before the scheduled conference.

**Consent to Proceed Before the Magistrate Judge.** The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and file such form with the assigned district judge before the Initial Pretrial Conference.

**Communication with the Court.** The parties are obligated to communicate with the Court about any change in address. A party's failure to keep the Court apprised of current contact information may result in default.

Defendant is ordered to enter an appearance if he wishes to proceed *pro se* and is encouraged to consent to electronic service by filing the enclosed form to the Court. In light of the current pandemic, *pro se* parties may file submissions by emailing them as PDF attachments (in compliance with the specific procedures outlined at nysd.uscourts.gov/prose) to Temporary_Pro_Se_Filings@nysd.uscourts.gov. Email attachments that do not precisely

conform with the aforementioned procedures for filing will <u>not</u> appear on the docket.

Alternatively, *pro se* parties may continue to file documents by mail.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 9, 2020
         New York, New York

CC:      Michael Kagan (*by Chambers*)
         avidd3@gmail.com

Encl.:   Consent to Electronic Service

3