```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**RAFIC SAADEH,**

                 **Plaintiff,**               20-CV-1945 (PAE)(SN)

      -against-                             **ORDER**

**MICHAEL KAGAN, et al.,**

                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 2, 2020, Plaintiff and Defendant Michael Kagan appeared for a status conference. As discussed at the conference, the parties are directed to meet and confer as to a proposed confidentiality order. The parties are ORDERED file a copy of the proposed confidentiality order by December 18, 2020.

      The parties are directed to meet and confer as to any discovery disputes as they arise. By January 5, 2021, Plaintiff shall file a letter with the Court detailing any pending discovery disputes. Defendants shall file any opposition no later than January 8, 2021.

      All discovery shall be completed by May 31, 2021. Unless good cause is shown, this deadline shall apply to Defendant Joshua Kagan.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      December 3, 2020
               New York, New York