UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH,

                              Plaintiff,

                -v-

MICHAEL KAGAN, et al.,

                              Defendants.

20 Civ. 1945 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A motion for a default judgment against the Estate of Irving Kagan ("Estate") is pending in this case. Dkts. 19–20, 40. The Estate has not appeared. Judge Netburn has informed the Court that the Estate has not appeared because Letters of Administration have not been issued by the Surrogate's Court of the State of New York.

The administrator of the Estate is directed to move forthwith before the Surrogate's Court to obtain authority to defend the Estate in this case. Accordingly, plaintiff's motion for default judgment is denied without prejudice.

SO ORDERED.

                                                                                 *Paul A. Engelmayer*
                                                                        Paul A. Engelmayer
                                                                        United States District Judge

Dated: December 4, 2020
           New York, New York