UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH,

                        Plaintiff,

            -v-

MICHAEL KAGAN, et al.,

                        Defendants.

20 Civ. 1945 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter motion from plaintiff Rafic Saadeh ("Saadeh") to reopen plaintiff's motion for a default judgment against the Estate of Michael Irving (the "Estate"). Dkt. 64. The Court has been advised by Saadeh that Letters of Administration had been issued to defendant Michael Kagan on September 30, 2020. *See id.* at 2; *see also id.*, Ex. A (N.Y. County Surrogate's Court certificate affirming that Letters of Administration appointing Michael Kagan as administrator of the Estate were issued on September 30, 2020).

If Michael Kagan wishes to oppose the motion, he must submit by January 20, 2021 a letter explaining why the Court should not reopen the motion and enter a default judgment against the Estate.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 13, 2021
       New York, New York

1