**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

RAFIC SAADEH,

                                        Plaintiff,

                    -against-

MICHAEL KAGAN, et al.,

                                        Defendants.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __  2/4/2021
```

20-CV-1945 (PAE)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

On January 29, 2021, Defendant Michael Kagan, in his individual capacity, moved for leave to file a motion to seal portions of Plaintiff's proposed Amended Complaint under seal. ECF No. 73. As this Court has previously expressed, court documents have a presumption of public access.

In accordance with the Southern District of New York's Electronic Case Filing Rule 6, by February 8, 2021, Defendant Michael Kagan may move to have portions of Plaintiff's Amended Complaint filed under seal. That motion must be filed on the public docket, with any sensitive information redacted. The public version shall also include as an exhibit a copy of Plaintiff's proposed Amended Complaint, with any sensitive information redacted. Separately, Defendant shall file under seal his motion with any redacted portions from the public version highlighted, and the proposed Amended Complaint with previously redacted portions highlighted. The under-seal filings should be filed to allow all party access and should be filed as related to this Order.

Plaintiff may file any opposition to the motion to file the proposed Amended Complaint under seal by February 16, 2021. Defendant may file a reply brief by February 19, 2021. The parties shall follow the procedures set forth above and in our ECF Rules regarding under seal filings to the extent any opposition or reply brief contains sensitive information. The Court will review all under-seal submissions and the parties are on notice that documents filed under seal may be ordered to be filed publicly if the law requires.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 73.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       February 4, 2021
             New York, New York