UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                              Plaintiff,

       -against-

MICHAEL KAGAN, et al.,

                             Defendants.

-----------------------------------------------------------------X

20-CV-1945 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Because the Estate of Irving Kagan has not responded to Plaintiff's proposed Findings of Fact and Conclusions of Law, see ECF No. 84, the Court deems this motion fully submitted and will issue its recommendation to Judge Engelmayer in the ordinary course.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      March 26, 2021
                New York, New York

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 3/26/2021]