UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                              Plaintiff,                      20-CV-1945 (PAE)(SN)

      -against-                                      **ORDER**

MICHAEL KAGAN, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 15, 2021, *pro se* Defendant Michael Kagan filed a letter requesting that the Court order Plaintiff to file his forthcoming Second Amended Complaint under seal. ECF No. 67. In consideration of Michael Kagan's status as a *pro se* defendant, the Court ordered Plaintiff to provide all parties with a copy of his Second Amended Complaint on January 21, 2021, the date by which this Court had previously directed Plaintiff to file his Second Amended Complaint. See ECF Nos. 63, 69. Michael Kagan subsequently filed a motion to seal portions of the Second Amended Complaint, ECF No. 82, which was ultimately denied on March 15, 2021, ECF No. 91. Thereafter, Plaintiff filed his Second Amended Complaint on the electronic docket on March 18, 2021, as directed by the Court. See ECF No. 95.

      Defendant Joshua Kagan has filed a motion to dismiss the Second Amended Complaint. ECF No. 87. That motion is now fully briefed and is submitted to the Court for a report and recommendation, which shall be issued in due course.

      Defendant Michael Kagan has not yet replied to Plaintiff's Second Amended Complaint, which he received on January 21, 2021. See Fed. P. Civ. P. 15(a)(3). Because of the confusing

procedural posture, and in light of this defendant's *pro se* status, the Court orders Defendant Michael Kagan to file an answer or otherwise respond to the Second Amended Complaint by April 2, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 29, 2021
             New York, New York