UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAFIC SAADEH,

                             **Plaintiff,**

      -against-

MICHAEL KAGAN, et al.,

                            **Defendants.**

------------------------------------------------------------X

20-CV-1945 (PAE)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

A status conference in this matter is scheduled for Monday, June 28, 2021, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 21, 2021
               New York, New York