UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAFIC SAADEH,

                        Plaintiff,                   20-CV-01945 (PAE)(SN)

        -against-                               **ORDER**

MICHAEL KAGAN, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 1, 2021, Plaintiff filed a letter requesting a conference to discuss certain matters related to the Estate of Irving Kagan. ECF No. 117. Defendants shall file a response to Plaintiff's letter no later than Friday, October 8, 2021.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      New York, New York
                 October 6, 2021