```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                         **Plaintiff,**                      20-CV-01945 (PAE)(SN)

      -against-                                   **ORDER**

MICHAEL KAGAN, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 1, 2021, Plaintiff filed a letter requesting a conference to discuss certain matters related to the Estate of Irving Kagan. ECF No. 117. Defendants filed responses on October 8, 2021. ECF Nos. 119 & 120. A telephone conference is scheduled for Wednesday, October 20, 2021, at 10 A.M. to discuss the issues raised in the parties' submissions. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212)805-0286.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
               October 14, 2021