

SULLIVAN & WORCESTER

**Sullivan & Worcester LLP**
1633 Broadway
New York, NY 10019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/18/2021___

October 18, 2021

**Via ECF**

Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Saadeh v. Michael Kagan, et al.*,
Civil Action No. 20-cv-1945 (PAE)(SN)

Dear Magistrate Judge Netburn:

We represent defendant Michael Kagan ("Defendant") as limited pro bono counsel to conduct discovery in the above referenced action. We write to request an adjournment of the conference scheduled for Wednesday, October 20, 2021 at 10 a.m.

By Order, dated October 14, 2021 (ECF No. 121), the Court scheduled the conference to discuss issues raised in the parties' recent submissions. Unfortunately, I have a conflict with another court appearance at the same time this Wednesday. Therefore, I respectfully ask for an adjournment of the conference.

I have conferred with counsel for the Plaintiff and co-defendant Joshua Kagan; they do not oppose the request for an adjournment. The following are dates where all counsel are available:

- Monday, October 25, 2021, any time after 11 a.m. EST;
- Wednesday, October 27, 2021, any time before 3 p.m. EST;
- Thursday, October 28, 2021, any time before 12 p.m. EST.

No prior request for an adjournment of this conference has been made.

---

Defendant's motion for adjournment is GRANTED. The conference currently scheduled for Wednesday, October 20, 2021 is RESCHEDULED for Monday, October 25, 2021 at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 18, 2021
        New York, New York

---