```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                Plaintiff,

     -against-

MICHAEL KAGAN, et al.,

               Defendants.

-----------------------------------------------------------------X

20-CV-01945 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     A telephone conference is scheduled for Thursday, November 4, 2021, at 10:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties shall submit a status letter with any updates on settlement negotiations and other outstanding discovery issues by Wednesday, November 3, 2021.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      October 25, 2021
                 New York, New York