USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11/4/2021 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RAFIC SAADEH,

                                      **Plaintiffs,**

              -against-

MICHAEL KAGAN, et al.,

                                    **Defendants.**

------------------------------------------------------------------X

20-CV-01945 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed at the conference held on November 4, 2021, unless the parties can stipulate to an injunction, Plaintiff shall file his motion to enjoin the defendants from dissipating two assets of the Estate of Irving Kagan by November 24, 2021. The Defendants shall file their oppositions by December 8, 2021. The Plaintiff shall file his reply, if any, by December 15, 2021. The order directing the parties to file a status letter by November 15, 2021 (ECF No. 113) is vacated.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             November 4, 2021