UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021
```

RAFIC SAADEH,

                  Plaintiffs,         20-CV-01945 (PAE)(SN)

      -against-                        **ORDER**

MICHAEL KAGAN, et al.,

                  Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The conference currently scheduled for Friday, December 3, 2021, at 11:00 a.m. will be held telephonically. At the time of the conference, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     December 2, 2021
               New York, New York