UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                             **Plaintiff,**                  20-CV-01945 (PAE)(SN)

      -against-                                    **ORDER**

**MICHAEL KAGAN, et al.,**

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On December 3, 2021, the Court held a conference to address Plaintiff's motion for an extension of time to complete discovery. ECF No. 133. The Court subsequently granted Plaintiff's motion. See ECF No. 138.

    The parties are ORDERED to meet and confer on Defendants' responses to Plaintiff's document requests and to schedule all remaining depositions. The parties shall file letters on December 16, 2021, reflecting the party's position with respect to any outstanding discovery disputes and providing dates for the depositions. The letters should further state whether the parties believe that a conference is necessary.

    If a conference is necessary, it will be held in-person on Friday, December 17, 2021, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is ORDERED that per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry

requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements. Defendant Michael Kagan will be permitted to appear remotely by telephone.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Defendant Michael Kagan.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      New York, New York
                December 3, 2021