UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RAFIC SAADEH,

                    Plaintiff,                    20-CV-01945 (PAE)(SN)

    -against-                              <u>ORDER</u>

MICHAEL KAGAN, et al.,

                    Defendants.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of defense counsel's request to appear by telephone, the conference scheduled for December 17, 2021 at 10 a.m. will be conducted telephonically rather than in person. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 16, 2021
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021