UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                                   **Plaintiff,**                          20-CV-08191 (SN)

  -against-                                                              **ORDER**

MICHAEL KAGAN,

                                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A call is scheduled for Tuesday, January 11, 2022, at 12:00 p.m. to discuss the issues raised in the parties' recent letters to the Court. ECF Nos. 156 & 158. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       January 7, 2022
                  New York, New York