UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                           Plaintiff,                        20-CV-01945 (PAE)(SN)

                 -against-                           **ORDER**

MICHAEL KAGAN, et al.,

                           Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 11, 2022, a conference was held to discuss the issues raised by the parties in their January 6, 2022, letters to the Court. See ECF Nos. 156 & 158. In light of the fact that the sale of the Pennsylvania property is no longer imminent, Plaintiff's request for a Temporary Restraining Order is DENIED. If the New York Surrogate's Court rules on Plaintiff's pending motion to remove Michael Kagan as executor of the estate of Irving Kagan, the Plaintiff shall inform the court within two days. The parties shall meet and confer regarding Michael Kagan's interrogatories. If the parties cannot reach an agreement, Michael Kagan will file a letter with the Court on January 18, 2022. Plaintiff's response will be due January 21, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               January 11, 2022