UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                      **Plaintiff,**          20-CV-01945 (PAE)(SN)

      -against-                          **ORDER**

MICHAEL KAGAN, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On February 2, 2022, Plaintiff filed an additional letter in support of its request for injunctive relief. ECF No. 165. Defendants shall file their response by no later than February 7, 2022. In addition, the parties are strongly encouraged to schedule a settlement conference by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                February 3, 2022