```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                            Plaintiff,                    20-CV-01945 (PAE)(SN)

            -against-                                          ORDER

MICHAEL KAGAN, et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    On March 22, 2022, Michael Kagan filed a letter on the status of the expedited discovery previously ordered by the Court. See ECF Nos. 190, 202. The parties requested an extension to allow UK counsel to be deposed on either April 7, 2022 or April 11, 2022. ECF No. 202. The request for an extension of limited discovery is GRANTED.

    Given this extension, the Court also *sua sponte* grants an extension of the previously ordered summary judgment schedule. Defendants shall file their Motions for Summary Judgment on by April 28, 2022, along with their Oppositions to Plaintiff's Motion for Partial Summary Judgment as one consolidated brief per party. Plaintiff shall file his Opposition and Reply in further support of his motion by May 23, 2022, as one consolidated brief. Defendant's reply briefs, if any, shall be filed by June 6, 2022.

    If Plaintiff intends to file a Motion for Contempt, that motion shall also be filed by April 28, 2022. Defendants' Opposition shall be filed by May 23, 2022, and Plaintiff's reply, if any, shall be filed by June 6, 2022.

Plaintiff's request to adjourn the settlement conference is DENIED. The Settlement Conference will proceed on Monday, March 28, 2022, and will begin at 9 a.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:	New York, New York
	March 24, 2022