UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                              Plaintiff,                  20-CV-01945 (PAE)(SN)

       -against-                              **ORDER**

MICHAEL KAGAN, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the Court's decision granting Plaintiff summary judgment on his promissory estoppel claim against Michael Kagan, and the April 21, 2023 deadline to file pretrial motions, the parties are ORDERED to meet and confer on whether a settlement conference would be productive. If so, the parties should immediately contact Courtroom Deputy Rachel Slusher at Rachel_slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       April 4, 2023
                 New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 4/4/2023*