**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

RAFIC SAADEH,

                                     **Plaintiff,**

                   -against-

**MICHAEL KAGAN, et al.,**

                                 **Defendants.**

----------------------------------------------------------------X

**20-CV-01945 (PAE)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __ 5/12/2023 __

**SARAH NETBURN, United States Magistrate Judge**:

       The Court has scheduled a settlement conference for Tuesday, June 27, 2023. That conference is currently scheduled to be conducted remotely, by telephone. In light of the Court's involvement with this case, the Court believes that an in-person conference will be substantially more productive. All parties, except Plaintiff, and all counsel are local and appearing in person should not present an undue burden. The Court recognizes that Plaintiff's foreign residency and age may preclude his travel, and that the amount in controversy may not justify it. But for all other parties and their counsel, the Court directs that the parties appear in person for the settlement conference, which will be held in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Plaintiff's counsel shall appear in person with a phone number at which to reach his client for the duration of the conference, should he elect to attend remotely.

**SO ORDERED.**

                                          SARAH NETBURN
                                        United States Magistrate Judge

DATED:      May 12, 2023
              New York, New York