UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                            **Plaintiff,**                20-CV-01945 (PAE)(SN)

     -against-                                           **ORDER**

MICHAEL KAGAN, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has a strong preference for conducting this settlement conference in person. It appears that the dates the Court has proposed so far – June 5, 12, and 27 – are unavailable for all domestic parties and their counsel. To facilitate this scheduling, counsel shall appear for a conference on Wednesday, May 24, 2023, at 11:30 a.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Counsel should know all available dates for counsel and the parties for the months of June and July. To the extent counsel can move their commitments to facilitate an in-person conference on the proposed June dates, the Court would be grateful.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      May 22, 2023
                 New York, New York