**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**RAFIC SAADEH,**

                                **Plaintiff,**                                  **20-CV-01945 (PAE)(SN)**

                 **-against-**                                                            **ORDER**

**MICHAEL KAGAN, et al.,**

                                **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The settlement conference scheduled for Tuesday, June 27, 2023, at 10:00 a.m. will be

held in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

All parties, except Plaintiff and counsel for Defendant Joshua Kagan, will appear in person. The

Court will provide dial-in information in advance of the conference for those parties that will

appear by telephone.

        The Court's prior order at ECF No. 250 is modified as follows: parties shall submit their

joint pretrial order and any motions in limine by July 21, 2023, with oppositions to the motions

in limine due July 28, 2023.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:       May 24, 2023
             New York, New York