UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIC SAADEH,

                         Plaintiff,

-v-

MICHAEL KAGAN ET AL.,

                         Defendants.

20 Civ. 1945 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court understands that plaintiff's outstanding claims are headed to a jury trial and intends to set a prompt trial date. Pursuant to the Court's May 24, 2023 order, the parties shall submit, by July 21, 2023, their joint pretrial order and any motions *in limine* in accordance with the Court's Individual Rules and Practices. *See* Dkt. 255. Oppositions to the motions *in limine* are due July 28, 2023. The Court schedules a pretrial conference for August 3, 2023, at 2 p.m., at which it will set a prompt trial date and resolve the motions *in limine*.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         Paul A. Engelmayer
                                                          United States District Judge

Dated: July 6, 2023
      New York, New York

1