UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIC SAADEH,<br><br>                              Plaintiff,<br><br>                -v-<br><br>MICHAEL KAGAN ET AL.,<br><br>                              Defendants. | 20 Civ. 1945 (PAE) (SN)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons provided at today's pretrial conference, plaintiff Rafic Saadeh ("Saadeh") is directed to file, by August 23, 2023: (1) separate letter-motions as to the factual and legal basis for seeking punitive damages against defendants Michael Kagan, Joshua Kagan, and the Estate of Irving Kagan; and (2) any appeal of Magistrate Judge Netburn's denial of Saadeh's motion for reconsideration as to the application for sanctions, see Dkt. 279.

Defendants' responses shall be submitted by August 30, 2023.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 16, 2023
       New York, New York