UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIC SAADEH,

                      Plaintiff,

-v-

MICHAEL KAGAN, ET AL.,

                      Defendants.

20 Civ. 1945 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from *pro se* defendant Michael Kagan requesting permission to appear telephonically at the upcoming pre-trial conference to be held in person on November 3, 2023 at 11 a.m. Because Michael Kagan has established that appearing in person would present a hardship for himself and the family members under his care, the Court will permit him to appear telephonically for the sole purpose of this week's pretrial conference. All other parties are expected to appear in person.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: November 1, 2023
       New York, New York