UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH,

                        Plaintiff,

-v-

MICHAEL KAGAN, et al.,

                        Defendants.

20 Civ. 1945 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from *pro se* defendant Michael Kagan explaining why testimony from plaintiff Rafic Saadeh is, in his view, germane to the elements of the outstanding claim against him. *See* Dkt. 303. However, Mr. Kagan's letter does not set out the elements of that cause of action—actual fraudulent conveyance in violation of D.C.L. §§ 276 and 276-a. His letter is therefore not responsive to the Court's order to identify testimony that Mr. Saadeh could give relevant to that cause of action. *See* Dkt. 302. The deadline remains 3 p.m. today for Mr. Kagan to do so.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: November 8, 2023
        New York, New York