UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH,

                              Plaintiff,

-v-

MICHAEL KAGAN, et al.,

                             Defendants.

20 Civ. 1945 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received proposed exhibit lists from plaintiff's counsel and defendant's counsel. Dkts. 309, 310. Both exhibit lists require correction, as they do not contain useful or consistent exhibit numbers. Plaintiff's counsel's list instead labels exhibits with such labels as "Amended Complaint (Dkt. 95), Ex. A" and "MK341-84." *See* Dkt. 309. The same is true of the five exhibits listed by defendant's counsel. *See* Dkt. 310. To be useful for the Court and jury, exhibits should instead be numbered in a format such as "PX 1" FOR "Plaintiff's Exhibit 1," and should not contain references to litigation filings such as the Amended Complaint. The Court asks counsel to modify and refile the proposed exhibit lists.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 9, 2023
       New York, New York