UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH

                 Plaintiff,

-v-

JOSHUA KAGAN,

                 Defendant.

20-CV-1945 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the notes sent by the jury during their deliberations.

    SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: November 16, 2023
          New York, New York

FOREperson

MEG SANTAMARIA

JURY NOTE 1

requesting exhibits

| | |
|---|---|
| x·3 | Px·37 |
| x·24 | |
| | Dx 1 |
| x·25 | |
| | Dx 2 |
| x·26 | |
| | Dx 3 |
| ·27 | |
| | Dx 6 |
| x·28 | |
| x·29 | |
| x·31 | |
| x·36 | |

JURY NOTE 2

Can you define "at the time of the transfer or transfers" p 15 part D?

Specifically, are you referring to the terms of the loan (July–Jan) or the $ transferred? 2017–2018

Clarification of this point will lead us to a verdict.

**Jury Note 3**

Bye Easter

Transcript of Explanation MADE This MORNING.

[signature] Nov. 16

JURY NOTE 4

WE HAVE REACHED
A VERDICT.

*[signature]*

Nov. 16 2023

JURY NOTE 5