UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIC SAADEH,

                              Plaintiff,

           -v-

MICHAEL KAGAN, et al.,

                             Defendants.

20 Civ. 1945 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This Court issued two orders yesterday resolving the final outstanding issues in this action. *See* Dkts. 333, 334. The Clerk of Court is thus respectfully directed to close this case and issue a final judgment forthwith. For ease of reference, the Court draws the Clerk's attention to Dockets 74, 110, 189, 247, 316, and 334, which contain dispositions of the various claims in this action. Further, the Court will retain jurisdiction over this matter for the limited purpose of overseeing the deposit of funds by the parties with the Clerk's office, *see* Dkt. 333.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 20, 2023
       New York, New York