UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIC SAADEH,

                            Plaintiff,

        -against-

MICHAEL KAGAN, JOSHUA KAGAN and THE ESTATE OF IRVING KAGAN (by Its Administrator, Michael Kagan),

                            Defendants.

20 Civ. No. 1945 (PAE) (SN)

FINAL JUDGMENT

WHEREAS this Court, on August 31, 2021, has entered a judgment in favor of plaintiff and against defendant The Estate of Irving Kagan in the amount of $178,265.02 (Dkt. 115), including the liquidated amount of $136,368.22 and prejudgment interest at the annual rate of 9% (nine percent) from April 30, 2018 through September 27, 2021, for a total of $178,265.02 as of that date, plus interest to accrue thereafter at the federal statutory rate; and

WHEREAS this Court has decided other motions and presided over a jury trial resolving the remaining issues in this case, while retaining jurisdiction over this matter for the limited purpose of overseeing the deposit of funds by the defendants with the Clerk's Office as directed in the Order at Dkt. 333;

it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.     In accordance with this Court's Order of March 31, 2023 (Dkt. 247), judgment is hereby entered in favor of plaintiff and against defendant Michael Kagan in the liquidated amount of $136,368.22 and prejudgment interest at the annual rate of 9% (nine percent) (per NY CPLR

5004) [a daily rate of $33.625038] running from April 30, 2018 through the date judgment is entered, for a total amount of $69,502.96, plus interest to accrue thereafter at the federal statutory rate.

2.  In accordance with the Jury Verdict on November 16, 2023 (Dkt. 316) and this Court's Order of December 19, 2023 (Dkt. 334), judgment is hereby entered in favor of plaintiff and against defendant Joshua Kagan in the amount of $57,929.00 and prejudgment interest at the annual rate of 9% (nine percent) (per NY CPLR 5004) [a daily rate of $14.283863] running from August 31, 2017 through the date judgment is entered, for a total amount of $32,981.44, plus interest to accrue thereafter at the federal statutory rate.

Dated:  December 27, 2023
        New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge