UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIC SAADEH,

Plaintiff,

-v-

MICHAEL KAGAN, et al.,

Defendants.

20 Civ. 1945 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 17, 2024, the Court endorsed the parties' proposed order directing the deposit of funds with the Clerk of this Court to be held pending further Order of this Court. Dkt. 342. That order stated that £38,552 would be deposited by the United Kingdom law firm Griffan Law. *Id.* at 1. Yesterday, January 18, 2024, defendant Michael Kagan informed the Court that this amount was an inadvertent error, owing to a miscommunication between himself and the UK firm, and that the correct amount to be wired to the Clerk from Griffin Law was a total of £30,454.09. Dkt. 343. Today, January 19, 2024, Michael Kagan sent to the Court and all parties via email an invoice noting that Griffin Law had initiated a wire transfer in this corrected amount— £30,454.09, or $38,046.47 using the currency conversion rate in effect as of today when the funds were transferred.

Accordingly, the January 17, 2024 order remains in full effect except that the reference to £38,552 is now corrected to reflect the £30,454.09 actually wired, or $38,046.47 using the relevant conversion rate.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2024
       New York, New York