Michael Kagan
470 West 24th Street, Apt 16G
New York, NY 10011
avidd3@gmail.com
917.837.0402

January 31, 2025

VIA E-FILING

Honorable Paul A. Engelmayer
United States District Judge
United States District Court Southern District of New York
40 Foley Square
New York, New York 10007

   **Re: Saadeh v. Kagan, 20 Civ. No. 1945 (PAE) (SN)**
   **Oral Argument scheduled**

Dear Judge Engelmayer:

I respectfully submit this letter to bring to the Court's attention that oral arguments on the appeal in this matter have been scheduled for March 11, 2025—less than six weeks from now.

Given this timeline, granting a stay of post-judgment discovery until after the appeal is resolved would be a practical and efficient course of action. A stay would not only prevent unnecessary burden and expense, but also ensure that I am fully able to focus on preparing for and participating in the oral argument without the distraction of ongoing discovery.

For these reasons, I respectfully request that the Court grant my request for the stay.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Michael Kagan*

PRO SE

      Mr. Kagan's request for a stay and for a protective order,
      see Dkts. 367–68, are hereby DENIED. The Clerk of Court
      is directed to close the motion pending at Docket 367.

      SO ORDERED.

           */s/ Paul A. Engelmayer*
           PAUL A. ENGELMAYER
           United States District Judge

      Date: February 3, 2025