UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIC SAADEH,

                                Plaintiff,

          -v-

MICHAEL KAGAN and JOSHUA KAGAN *et al.*,

                                Defendants.

20 Civ. 1945 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court has received the motion to compel filed by plaintiff Rafic Saadeh, Dkts. 372–74, which seeks subpoena responses from non-party Marni Kagan, wife of defendant Joshua Kagan. The Court hereby orders responses from Joshua Kagan and/or Marni Kagan, either jointly or individually, filed to ECF no later than Friday, March 28, 2025. Because Marni Kagan is not a party to this action, the Court further orders Joshua Kagan to furnish to Marni Kagan forthwith a copy of this order, along with the motion and supporting documentation filed at Dockets 372–74, and, should she choose to make a separate filing, to file it, or cause it to be filed, to ECF on her behalf.

       SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: March 21, 2025
       New York, New York