UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIC SAADEH,

                        Plaintiff,

-against-

MICHAEL KAGAN, et al.,

                        Defendants.

-----------------------------------------------------------------X

20-CV-01945 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On April 10, 2025, the Court granted the motion to withdraw filed by Joshua Kagan's former counsel. ECF No. 382. The Court directed the Clerk of Court to designate Mr. Kagan as a *pro se* party with his address listed as: 245 Park Avenue, 39th Floor, New York, NY 10167. Id. On April 28, 2025, the Court's April 10 Order was returned as undeliverable. Following a review of the docket, Mr. Kagan last identified his address in a January 2024 filing as 98 Riverside Drive, #14F, New York, NY 10024. ECF No. 344. The filing also listed his phone number (917-697-4200) and email (jkagan@kaganconsultants.com).

    The Clerk of Court is directed to mail a copy of this Order, the Court's April 10 Order at ECF No. 382, and a Notice of Change of Address Form to: Joshua Kagan, 98 Riverside Drive, #14F, New York, NY 10024. The Clerk of Court also directed to update the docket sheet to reflect the new address. Mr. Kagan is reminded that it is his obligation to keep his contact information with the Court up to date.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     April 30, 2025
                New York, New York